THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEIL HOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:15-00-874 |
| ) | |
| TARA KELLY, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, by and through counsel, and Requests this Court Dismiss with Prejudice all claims against Defendant Tara Kelly, and this action in its entirety. Plaintiff has not perfected service on Defendant Kelly, and no answer has been filed.

Respectfully Submitted This 20th day of August, 2015.

The Law Offices of Daniel D. Barks, Esq., LLC

_____/s/_____
Daniel D. Barks, Esq.
Virginia Bar # 42573
204 South Royal Street
Alexandria, Virginia 22314
Phone: (703)472-0215
Fax: (866)936-6382
Email: ddb@barks-law.com
Attorney for Plaintiff